FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)   Form 1   March 2023

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

### NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 3:21-cv-07031

Case title being appealed: Yim v. N.I.H.

Date of final judgment or order being appealed: 03/29/2023

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Jin-Pyong Peter Yim

Date: 04/01/2023

Signature: *(signed)*

Name: Jin-Pyong Peter Yim

Address: 912 Primrose Ct.

Belle Mead, NJ 08502

Phone Number: 908-512-1256

Email Address: yimpj@gmail.com

Jin-Pyong Peter Yim
912 Primrose Ct.
Belle Mead, NJ 08502
(908) 512-1256
yimpjp@gmail.com
Plaintiff, In Proper Person

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Jin-Pyong Peter Yim,** | |
| Plaintiff | |
| | Civ. No. 3:21-CV-07031-ZNQ-LHG |
| v. | |
| **National Institutes of Health,** | CERTIFICATE OF SERVICE |
| Defendant | |

1

I, Jin-Pyong Peter Yim, hereby certify that on April 1, 2023, the following document was sent to Margaret Ann Mahoney via email:

Plaintiff's Notice of Appeal.

The documents were sent to the following addresses:

EMAIL:

Margaret.Ann.Mahoney@usdoj.gov

April 1, 2023

_____

Jin-Pyong Peter Yim

Plaintiff in Pro Per

2