UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JIN-PYONG PETER YIM**,<br><br>Plaintiff,<br><br>v.<br><br>**NATIONAL INSTITUTES OF HEALTH**,<br><br>Defendant. | Civil Action No. 21-07031 (ZNQ) (LHG)<br><br><br>ORDER |

**QURAISHI, District Judge**

**THIS MATTER** having been opened to the Court upon a Motion by Defendant National Institutes of Health ("Defendant"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, for Summary Judgment on the Complaint of *pro se* Plaintiff Jin-Pyong Peter Yim ("Plaintiff"). (ECF No. 18, 19.) For the reasons set forth in the accompanying Opinion and for good cause shown,

**IT IS** on this 29th day of March 2023,

**ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that **JUDGMENT** is hereby entered in favor of Defendant; and it is further

**ORDERED** that the Clerk's Office is hereby instructed to mark this matter **CLOSED**.

/s/ Zahid N. Quraishi
**HON. ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**

1