JIN-PYONG PETER YIM,

                              Appellant

v.

NATIONAL INSTITUTES OF HEALT