No. 23-1601

In The

# United States Court of Appeals for the Third Circuit

Jin-Pyong Peter Yim
*Appellant*
*v.*

National Institutes of Health
*Appellee*

On appeal from the
United States District Court
for the District of New Jersey

Appellant's Reply Brief

Jin-Pyong Peter Yim
*in proper person*
912 Primrose Ct.
Belle Mead, NJ 08502
(908)512-1256

## TABLE OF CONTENTS

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

COMBINED CERTIFICATIONS . . . . . . . . . . . . . . . . . . . . . . . 3

# TABLE OF AUTHORITIES

Cases                                                                    Page

Constitutional Provisions, Statutes and Rules

  Title 5, United States Code

    § 552 .................................... 1

# INTRODUCTION

On August 27, 2021, NIH produced "The COVID-19 Treatment Guidelines Panel's Statement on the Use of Ivermectin for the Treatment of COVID-19" ("Update") in response to a request under the Freedom of Information Act ("FOIA") 5 U.S.C. § 552. (JA36). That document was requested on January 28, 2021, provided that it had been endorsed by a vote of the NIH COVID-19 Treatment Guidelines Panel. (JA26). NIH provided numerous prior responses to the FOIA request but none referenced the Update. (JA29, JA30, JA31, JA32).

The August 27, 2021 document production was in the form of a hyperlink abbreviated here and in the Opinion as NIH Link.[1] (JA36). In its Opinion, the court below only cited NIH Link as being responsive to the FOIA request. (JA9, JA10).

However, production of the Update in response to the FOIA request was via an email ("August 27 Email") from the Attorney for the NIH. (JA36). That was not satisfactory to Appellant Yim who requested that the Update be provided in a letter signed by an NIH

---

[1] NIH Link is an abbreviation for `https://files.covid19treatmentguidelines.nih.gov/guidelines/archive/statement-on-ivermectin-01-14-2021.pdf`.

1

Employee. (JA37). Yim also requested that the signed letter include the same language used in the August 27 Email. (JA37).

NIH was unable to provide the requested signed letter. NIH did provide a letter on August 31, 2021 ("August 31 Letter") signed by the NIH FOIA Officer that contained NIH Link. (JA40). However, the text of the August 31 Letter differed materially from that of the August 27 Email. (JA59 ¶ 19).

NIH then entered into evidence an altered version of the August 27 Email. (JA38, JA59). In the place of NIH Link, a hyperlink, the document entered into evidence contains plain text. Also, the text replacing NIH Link in the altered document entered into evidence is an invalid internet address. (JA36, JA38). NIH does not deny this.

## ARGUMENT

The argument of the Appellant Brief is relied on except for the following summary:

Ambiguity in the NIH responses to the FOIA Request together with evidence of bad faith of the NIH make it impossible to know

2

whether NIH complied with FOIA. The Order granting the Motion for Summary Judgement was thus wrongly decided.

## CONCLUSION

This Court must reverse the Order of the District Court granting the Motion for Summary Judgment and remand for further proceedings.

## COMBINED CERTIFICATIONS

1. This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because it contains 535 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. 32(a)(6) because it uses a proportionally spaced typeface: Latex in 14 point New Century Schoolbook.

3. The text of the electronic and paper versions of the foregoing brief are identical.

4. A virus check was performed on this brief by anti-virus detection in Gmail.

5. On August 13, 2023, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF System, which will send notice of such filing to all registered users.

Dated: August 13, 2023

    Respectfully submitted,

    <u>/s/ Jin-Pyong Peter Yim</u>

    Jin-Pyong Peter Yim

    In proper person