UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-1601
_____

JIN-PYONG PETER YIM,
         Appellant

v.

NATIONAL INSTITUTES OF HEALTH
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 3:21-cv-07031)
District Judge: Honorable Zahid N. Quraishi
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
September 26, 2023
Before: HARDIMAN, PORTER, and FREEMAN, *Circuit Judges*
_____

**JUDGMENT**
_____

  This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on September 26, 2023. On consideration whereof, it is now hereby

  ORDERED and ADJUDGED by this Court that the order of the District Court entered March 29, 2023 be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: October 13, 2023