No. 23-1601

In The
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

JIN-PYONG PETER YIM
*Petitioner, Appellant*
*v.*

NATIONAL INSTITUTES OF HEALTH
*Petitionee, Appellee*

---

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

PETITIONER'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL APPENDIX

---

JIN-PYONG PETER YIM
*in proper person*
912 PRIMROSE CT.
BELLE MEAD, NJ 08502
(908)512-1256

Petitioner Jin-Pyong Peter Yim ("Yim") respectfully moves this Court for leave to prepare and file a Supplemental Appendix containing the following four documents from the district court record: ECF 14, ECF 33, attachment 1, ECF 33, attachment 2 and ECF 33, attachment 3.

A petition for rehearing and rehearing en banc is being prepared. The petition will allege falsification of evidence in this court by the Appellee, Petitionee, National Institutes of Health involving the above documents. The alleged falsified evidence filed in this court is ECF 20 at SA036; ECF 20 at SA068; ECF 20 at 070, ECF 20 at 071; ECF 20 at 074. The additional original material from the district court record is necessary to demonstrate falsification of evidence.

The need for inclusion of these materials in the record could not have been anticipated and the original appendix should not be returned for insertion of the additional materials.

Dated: October 22, 2023

    Respectfully submitted,

    /s/ Jin-Pyong Peter Yim

    Jin-Pyong Peter Yim

1

In proper person