UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1601

JIN-PYONG PETER YIM,
Appellant

v.

NATIONAL INSTITUTES of HEALTH

(D.N.J. No. 3-21-cv-07031)

Present:  FREEMAN, Circuit Judge

1. Petitioner's Motion for Leave to File a Supplemental Appendix with Petition for Rehearing, which the Court may wish to construe as a Motion for Leave to Attach Exhibits to Petition for Rehearing

                                                Respectfully,
                                                Clerk/CJG

_____ORDER_____
The foregoing motion is granted.


                                                By the Court,

                                                s/ Arianna J. Freeman
                                                Circuit Judge

Dated: October 26, 2023
CJG/cc:    Jin-Pyong Peter Yim
              Margaret A. Mahoney, Esq.
              J. Andrew Ruymann, Esq.