UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-1601
_____

JIN-PYONG PETER YIM,
                Appellant

v.

NATIONAL INSTITUTES OF HEALTH

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 3-21-cv-07031)

**SUR PETITION FOR REHEARING**

Present: CHAGARES, *Chief Judge*, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, and CHUNG, *Circuit Judges*

The petition for rehearing filed by Appellant in the above-captioned case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc is denied.

                                                By the Court,

                                                s/ Arianna J. Freeman
                                                Circuit Judge

Dated: December 12, 2023
CJG/cc:　　Jin-Pyong Peter Yim
　　　　　　Margaret A. Mahoney, Esq.
　　　　　　J. Andrew Ruymann, Esq.